IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:    Safona A. Calderon    ) CASE NO. 13-47192
) Judge Carol A. Doyle

## AGREED REPAYMENT AND DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. for the mortgagee on the property located at 9355 South Greenwood Avenue, Chicago IL 60619 the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. The Debtor acknowledges a default to Seterus Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. of $3,908.88 through February 2015 after crediting the tender of payments made through March 4, 2015. The aforementioned default is calculated as follows:

| September 1, 2014 | - | February 1, 2015 | = | 6 | @ | $1,191.76 | $7,150.56 |
|---|---|---|---|---|---|---|---|
| Bankruptcy fees and costs ||||||| $826.00 |
| Less funds in suspense ||||||| ($67.68) |
| Less funds tendered March 4, 2015 ||||||| ($4,000.00) |
| Total default amount remaining ||||||| $3,908.88 |

The Debtor shall tender the following payments on or before the following dates:

| On or before | March 30, 2015 | One post-petition mortgage payment + | $651.48 |
|---|---|---|---|
| On or before | April 30, 2015 | One post-petition mortgage payment + | $651.48 |
| On or before | May 30, 2015 | One post-petition mortgage payment + | $651.48 |
| On or before | June 30, 2015 | One post-petition mortgage payment + | $651.48 |
| On or before | July 30, 2015 | One post-petition mortgage payment + | $651.48 |
| On or before | August 30, 2015 | One post-petition mortgage payment + | $651.48 |

The current post petition mortgage payment is $1,191.76 and may change due to changes in ARM or Escrow as applicable.

2. In the event the Debtor defaults in making the payments under paragraph 1, then the Debtor has no right to cure and the Stay shall automatically Modify to Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. without further Court Order.

3. The aforesaid payments shall be made payable to Seterus, Inc. and received in the office of its attorneys, PIERCE AND ASSOCIATES, P.C., 1 North Dearborn St., Suite 1300 Chicago, IL, 60602 in the form of money orders, certified checks, or cashier's checks.

4. Commencing with the first post-petition mortgage payment following the repayment structure found in paragraph one and continuing thereafter, if the Debtor fails to make said payment by the date on which it is due, thereby accruing a two post-petition mortgage payment default, the Stay shall automatically Modify to Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. without further Court Order, if upon notice to the Debtor and the Debtor's attorney the complained of default is not fully cured and proof of cure received by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.'s attorneys, Pierce & Associates, P.C, 1 North Dearborn St., Suite 1300 Chicago, IL, 60602 within 14 days from the date notice is sent.

5. The debtor may avail herself of the cure provision set forth above in paragraph 4 a total of two (2) times. In the event of a third (3rd) default, the Automatic Stay will be modified pursuant to paragraph 2 above, as the debtor will no longer have a right to cure the default.

6. In the event the Stay is Modified to Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

Dated: 3/17/15       Entered: _Carol A. Doyle_
                              Bankruptcy Judge Carol A. Doyle

PIERCE & ASSOCIATES, P.C.
Attorneys at Law
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
PA No. 13-4468